## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

CR NO: 2:25−CR−00256−JAM

**ROBERTO HERNANDEZ,**

Defendant.

### APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Roberto Hernandez, Booking Number 25023814 | |
| Detained at | Rio Consumnes Correctional Center | |

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  Deported Alien found in the U.S. – 8 U.S.C. § 1326

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/ Nchekube Onyima |
| Printed Name & Phone No: | Nchekube Onyima, (916) 396-5918 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☐ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated:    January 12, 2026

HONORABLE CHI SOO KIM
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male  ☐Female | |
| Booking or CDC #: | Booking Number 25023814 | DOB: | 4/12/1993 |
| Facility Address: | 12500 Bruceville Rd, Elk Grove, CA 95757 | Race: | Hispanic |
| Facility Phone: | (916) 874-1927 | | |
| Currently | Rio Cosumnes Correctional Center | | |

### RETURN OF SERVICE

Executed on:

(signature)