UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 30, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROBERTO HERNANDEZ,

        Defendant.

Case No.  2:25-cr-00256-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERTO HERNANDEZ ,

Case No.  2:25-cr-00256-JAM , Charge 8 USC § 1326(a) and (b)(2), from custody for

the following reasons:

   X  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

         Unsecured Appearance Bond $ _____

         Appearance Bond with 10% Deposit

         Appearance Bond with Surety

         Corporate Surety Bail Bond

         (Other):

      Sacramento County Jail is further ORDERED to release the defendant with a

      30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 30, 2026, at 2:40 PM.

By: _____

Magistrate Judge Allison Claire