UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-CR-00256-JAM |
| Plaintiff, | ) | |
| v. | ) | **RELATED CASE ORDER** |
| ROBERTO HERNANDEZ, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:26-CR-00011-DJC |
| Plaintiff, | ) | |
| v. | ) | |
| ROBERTO HERNANDEZ, | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2025). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

1

assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:26-CR-00011-DJC be reassigned to Senior Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:26-CR-00011-JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 30, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE