HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Doug_beevers@fd.org

Attorney for Defendant
ROBERTO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2:25-cr-00256-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| ROBERTO HERNANDEZ, | DATE:   June 30, 2026 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Court should continue the currently scheduled status conference set for June 30, 2026, at 9:30 a.m. to September 22, 2026 at 9:00 am.

The reason for the continuance is that defense counsel needs additional time to review case materials with his client and conduct follow up investigation.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through September 22, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 16, 2026                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ *Douglas J. Beevers*
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERTO HERNANDEZ

Dated: June 16, 2026

                                        ERIC GRANT
                                        United States Attorney

                                        /s/ *Nchekube Onyima*
                                        NCHEKUBE ONYIMA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

Stipulation and Order to Continue Status Conference

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The June 30, 2026, status conference is **CONTINUED** to **September 22, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including September 22, 2026, as described in the parties' Stipulation.

Dated: June 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference