ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERTO HERNANDEZ,<br>Defendant. | CASE NOS. 2:26-cr-00011-JAM<br>2:25-cr-00256-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: September 22, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 22, 2026.

2. By this stipulation, defendant now moves to continue the **further status conference** until **December 01, 2026, at 09:00 a.m.**, and to exclude time between September 22, 2026, and December 01, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with case 2:26-cr-00011-JAM includes several hundred pages of reports, photographs, a cell phone extraction from the defendant's phone, and a search warrant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The discovery in case 2:25-

cr-00256 is comprised of the defendant's Alien File which is approximately 928 pages and contains reports, photographs, warrants of removal, and Court documents. This discovery has been produced directly to defense counsel.

b) Since the last continuance in this matter, counsel for the defendant filed a discovery motion in Case No. 2:26-cr-00011-JAM. A hearing on the discovery motion is scheduled for early October. Once the discovery motion is decided, counsel for Hernandez will need additional time to review any additional discovery that may be produced as a result of the motion, as well as to discuss the case with the defendant and prepare for trial.

c) **The parties anticipate that at the December 1, 2026, status conference, they will either schedule a change of plea hearing or pick a trial date in these cases.**

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2026 to December 01, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 14, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: September 15, 2026

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
ROBERTO HERNANDEZ
(Authorized by email on
September 15, 2026)

**ORDER**

IT IS SO ORDERED.

Dated: September 15, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE